United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TRAMMELL,<br>Plaintiff,<br>v.<br>PROSPER,<br>Defendant. | Case No. 26-cv-03140-HSG<br>**ORDER REGARDING MOTION FOR REQUEST FOR CLARIFICATION**<br>Re: Dkt. No. 13 |

In July 2026, the Court[1] granted pro se Plaintiff Frank Trammell's application to proceed in forma pauperis and reviewed Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B). *See* Dkt. No. 10 (the "OSC Order"). The Court concluded that the complaint failed to state a plausible claim for relief, and ordered Plaintiff to show cause why his complaint should not be dismissed. *Id.* The Court permitted Plaintiff either to (1) explain why his complaint, as drafted, should be allowed to proceed; or (2) amend his complaint to address the deficiencies the Court identified. *Id.* However, Plaintiff neither responded to the order to show cause nor filed an amended complaint.

Instead, after the deadline passed, Plaintiff filed a document styled as a "request for clarification regarding required action and case management conference." Dkt. No. 13. Plaintiff asked for "clarif[ication] regarding what specific information, documentation or action is presently required from [him] to address the Court's concerns and move this case forward." *See id.* But the Court's OSC Order already provided Plaintiff with a detailed substantive explanation of what he needs to do, and no further clarification is necessary. *See* OSC Order.

[1] This case was initially assigned to Magistrate Judge Lisa J. Cisneros.

Before Plaintiff's request for clarification was processed and filed on the docket by the Clerk's Office, Judge Cisneros prepared a report and recommendation, recommending that the case be dismissed without leave to amend, Dkt. No. 11, and the case was reassigned, Dkt. No. 12. The report and recommendation does not address Plaintiff's request for clarification, and Plaintiff did not file any objections to the report.

Given the state of the case, the Court is skeptical that Plaintiff can amend the complaint to address the deficiencies that the Court previously identified. Nevertheless, out of an abundance of caution, the Court will grant Plaintiff two weeks to file an amended complaint. Plaintiff shall file any amended complaint by October 30, 2026. Plaintiff is cautioned that if he fails to amend the complaint by this deadline his case will be dismissed for failure to prosecute, in addition to dismissal for the deficiencies the Court identified in the OSC Order. This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 10/14/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge